JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CAROLINE GIBSON,<br><br>      Plaintiff,<br><br>      v.<br><br>COUNTY OF ORANGE, a Governmental Entity; SHERIFF DON BARNES, Individually; DEPUTY ROBINSON, Individually; and DOES 1-50, inclusive,<br><br>      Defendants. | CASE NO.: 8:20-cv-01232-JVS (DFMx)<br>Assigned to: Hon. James V. Selna<br>Crt Rm: 10C<br>Magistrate: Douglas F. McCormick<br>Crt Rm: 6B<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION OF PLAINTIFF CAROLINE GIBSON PURSUANT TO FRCP 41(1)(A)(i) WITH PREJUDICE**<br><br>Action Filed:    July 10, 2020 |

## <u>ORDER</u>

Based on the stipulation of the parties and GOOD CAUSE appearing therefrom, IT IS HEREBY ORDERED THAT the above entitled action of Plaintiff CAROLINE GIBSON and all claims and parties therein, against all Defendants is

1

Kohan&Bablove LLP
TRIAL ATTORNEYS

dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

DATED:  January 10, 2022

_____
Honorable James V. Selna
United States District Judge
Central District of California

[PROPOSED] ORDER RE STIPULATION TO DISMISS WITH PREJUDICE